15

**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FILED

AUG 22 2003

AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

JOSEPH T. CHABAK, on Behalf of Nominal Defendant KNIGHT TRANDING GROUP, INC.

                Plaintiff,

v.

ANTHONY M. SANFILIPPO, CHARLES V. DOHERTY, ROBERT GREIFELD, GARY R. GRIFFITH, BRUCE R. McMAKEN, RODGER O. RINEY, ROBERT M. LAZAROWITZ, PETER S. HAJAS, WALTER F. RAQUET, and KENNETH D. PASTERNAK

                Defendants,

and

KNIGHT TRADING GROUP, INC.

                Nominal Defendant.

**ORDER**

Civ. No. 02-4665 (WHW)

**ENTERED**
ON
THE DOCKET

AUG 2 5 2003

WILLIAM T. WALSH, CLERK

By: _____ (Deputy Clerk)

## Walls, District Judge

Defendants Anthony M. Sanfilippo, Charles V. Doherty, Robert Greifeld, Gary R. Griffith, Bruce R. McMaken, Rodger O. Riney, Robert M. Lazarowitz, Peter S. Hajas, Walter F. Raquet and Kenneth D. Pasternack, and nominal defendant Knight Trading Group, Inc. move to dismiss the complaint of Joseph T. Chabak. On May 12, 2003, the Court heard oral arguments.



**NOT FOR PUBLICATION**

And the Court, having heard and considered the arguments of the parties, and for the reasons stated in the accompanying opinion, and good cause shown, it is on this 22nd day of August, 2003:

ORDERED that Defendants' motion to dismiss the Complaint is GRANTED; and it is further

ORDERED that the Complaint is DISMISSED.

_____
William H. Walls, U.S.D.J.

**APPEARANCES:**

James C. Shah
Shepherd & Finkelman, LLC
Washington Professional Campus
900 Route 168, Suite B4
Turnersville, N.J. 08012

David R. Scott
Scott & Scott, LLC
108 Norwich Avenue
Colchester, CT 06415

Robert J. Del Tufo
Skadden, Arps, Slate, Meagher & Flom LLP
One Newark Center
Newark, N.J. 07102

Thorn Rosenthal
Cahill Gordon & Reindel, LLP
80 Pine Street
New York, N.Y. 10005